# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR – 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

Robert Terry Bohen
    Defendant.

Case Number CR 08-00866 JW

**ORDER - CJA CONTRIBUTION(s) DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $150 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [ ] That certain date of 3/15/09 and the SAME DAY each month thereafter;

    [ ] The first day of _____ and the FIRST DAY of each month thereafter;

    [ ] MAIL TO:  Clerk, U. S. District Court
                          280 South First Street, Room 2112
                          San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____ DUE BY:

    [ ] That certain date of _____;

    [ ] MAIL TO:  Clerk, U. S. District Court
                          280 South First Street, Room 2112
                          San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

**FILED**
MAR – 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DATED: 3/5/09

_Howard R. Lloyd_ U.S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72