

IT IS SO ORDERED
AS MODIFIED
Judge James Ware
8/4/2010

1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BOHEN

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,        )   No. CR 08-00866-02 JW
                                    )
12              Plaintiff,           )   AMENDED STIPULATION AND
                                    )   PROPOSED ORDER REGARDING
13 vs.                               )   MODIFIED BRIEFING SCHEDULE AS TO
                                    )   DEFENDANT BOHEN
14 ROBERT TERRY BOHEN,               )
                                    )
15              Defendant.           )
   _____)   Honorable James Ware

16

17        Defendant Robert Terry Bohen and the government, acting through their respective

18 counsel, hereby stipulate and subject to the Court's approval, that the Court adopt the following

19 modified briefing schedule:

20        1. Defendant Bohen to file his motions on or before August 4, 2010;

21        2. The Government to file its opposition on or before August 20, 2010;

22        3. Defendant Bohen to file any reply on or before August 30, 2010.

23        The motion hearing date in this matter is currently scheduled for September 13, 2010 at

24 1:30 p.m.  The request for the modification of the motion briefing schedule is made on behalf of

25 Robert Bohen's attorneys who are continuing to investigate factual matters necessary to prepare

26 Amended Stipulation and Proposed Order
   Regarding Modified Briefing Schedule as to Def.
   Bohen
   CR 08-00866-02 JW                             1

their anticipated motions. Therefore, the additional time is needed for Mr. Bohen's attorneys to complete their investigation, and prepare the motion(s).

In its previous order dated June 9, 2010, the Court excluded time until September 13, 2010 for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv).

Dated: July 28, 2010                              _____/S/_____
                                                  MANUEL U. ARAUJO
                                                  Assistant Federal Public Defender

Dated: July 28, 2010                              _____/S/_____
                                                  JEFFREY NEDROW
                                                  Assistant United States Attorney

# [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the briefing schedule in the above-captioned matter is modified as follows:

1. Defendant Bohen to file his motions on or before August 4, 2010;

2. The Government to file its opposition on or before August 20, 2010;

3. Defendant Bohen to file any reply on or before August 30, 2010.

The motion hearing date in this matter will remain as scheduled for **September 20, 2010** at 1:30 p.m.

SO ORDERED. No further modification will be granted.

Dated: August 4, 2010                             _____
                                                  HONORABLE JAMES WARE
                                                  United States District Judge

Amended Stipulation and Proposed Order
Regarding Modified Briefing Schedule as to Def.
Bohen
CR 08-00866-02 JW                                 2