1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant BOHEN

**FILED**

AUG - 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-00866-02 EJD (PSG) |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO PERMIT ROBERT TERRY BOHEN TO TRAVEL OUTSIDE THE NORTHERN DISTRICT AND CENTRAL DISTRICT OF CALIFORNIA ON AUGUST 23, 2012 RETURNING ON OR BEFORE AUGUST 26, 2012, AND [~~PROPOSED~~] ORDER |
| vs. | ) | |
| STEPHEN JOSEPH HEUER and ROBERT TERRY BOHEN | ) | |
| Defendants. | ) | **Honorable Howard R. Lloyd** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate, subject to the Court's approval, that the Order Setting the Conditions of Release issued by the Court on March 5, 2009, be modified to permit Robert Terry Bohen, who lives in the Central District of California, to travel by automobile on August 23, 2012, to Ensenada, Mexico for a vacation with his wife and family, returning on August 26, 2012. Mr. Bohen will provide his itinerary to Pretrial services 48 hours in advance of August 23, 2012, including his lodging and local telephone numbers while in Ensenada, Mexico.

It is further stipulated that Pretrial Services shall release Mr. Bohen's passport forthwith to Mr. Bohen or his attorney of record, the Office of the Federal Public Defender. Mr. Bohen

1  shall return and surrender his passport within 48 hours of August 26, 2012, to the Pretrial
2  Services office.
3        Counsel for the defense has provided a copy of this stipulation to Pretrial Services Officer
4  Jaime Carranza and he has expressed no objection to the stipulation and proposed order.
5  Dated: August 7, 2012

                                  /s/
6                            MANUEL U. ARAUJO
                          Assistant Federal Public Defender
7  Dated: August 7, 2012

                                  /s/
8                            JEFFREY NEDROW
                          Assistant United States Attorney
9

10                                    **ORDER**
11        GOOD CAUSE APPEARING, it is hereby ordered as follows:
12        The Order Setting the Conditions of Release issued by the Court on March 5, 2009, shall
13  be modified to permit Robert Terry Bohen who lives in the Central District of California to travel
14  on August 23, 2012, to Ensenada, Mexico, returning to the United States of America on or before
15  on August 26, 2012. It is further ordered that Mr. Bohen shall provide his itinerary to Pretrial
16  services FORTY-EIGHT hours in advance of August 23, 2012, including his lodging and local
17  telephone numbers while in the Mexico. IT IS ORDERED that Mr. Bohen report to Pretrial
18  Services any changes in his itinerary.
19        IT IS FURTHER ORDERED that Pretrial Services shall release Mr. Bohen's passport
20  forthwith to him or his attorney of record, the Office of the Federal Public Defender, and it is
21  further Ordered that Mr. Bohen return and surrender his passport within 48-hours of August 26,
22  2012, to the Pretrial Services office.
23        All other conditions of release ordered on March 5, 2009, remain in full force and
24  effect.
25  Dated: August __, 2012

                                                        _____
26                                                        HOWARD R. LLOYD
                                                      United States Magistrate Judge

Stipulation to Permit Travel & Release of Passport
No. CR-08-00866-02 EJD (PSG)
                                                  2